Magistrate Judge Theiler

09-MJ-00336-M

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE/TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAGMOHAN S. DHILLON,

    Defendant.

NO. MJ09-336

MOTION FOR DETENTION ORDER

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because this case involves (check all that apply):

    ___ Crime of violence (18 U.S.C. § 3156)

    ___ Crime of Terrorism (18 U.S.C. § 2332b(g)(5)(B)) with a maximum sentence of ten years or more

    ___ Crime with a maximum sentence of life imprisonment or death

    _X_ Drug offense with a maximum sentence of ten years or more

    ___ Felony offense and defendant has two prior convictions in the four categories above, or two State convictions that would otherwise fall within these four categories if federal jurisdiction had existed.

    ___ Felony offense involving a minor victim other than a crime of violence

MOTION FOR DETENTION HEARING/
No. MJ09-336 - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

| | | |
|---|---|---|
| 1 | — | Felony offense, other than a crime of violence, involving possession or use of a firearm, destructive device (as those terms are defined in 18 U.S.C. § 921), or any other dangerous weapon |
| 2 | | |
| 3 | — | Felony offense other than a crime of violence that involves a failure to register as a Sex Offender (18 U.S.C. § 2250) |
| 4 | __X__ | Serious risk the defendant will flee |
| 5 | | |
| 6 | — | Serious risk of obstruction of justice, including intimidation of a prospective witness or juror |

7   2.   <u>Reason for Detention</u>.  The Court should detain defendant because there are

8   no conditions of release which will reasonably assure (check one or both):

9   __X__   Defendant's appearance as required

10   ___   Safety of any other person and the community

11   3.   <u>Rebuttable Presumption</u>.  The United States **will** invoke the rebuttable

12   presumption against defendant under § 3142(e). The presumption applies because:

13   ___   Probable cause to believe defendant committed offense within five years of release following conviction for a "qualifying offense" committed while on pretrial release.

15   __X__   Probable cause to believe defendant committed drug offense with a maximum sentence of ten years or more

17   ___   Probable cause to believe defendant committed a violation of one of the following offenses:  18 U.S.C.§§ 924(c), 956 (conspiracy to murder or kidnap), 2332b (act of terrorism), 2332b(g)(5)(B) (crime of terrorism)

19   ___   Probable cause to believe defendant committed an offense involving a victim under the age of 18 under 18 U.S.C. §§ 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1) through 2252(a)(3), 2252A(a)(1) through 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

21   4.   <u>Time for Detention Hearing</u>.  The United States requests the Court conduct

22   the detention hearing:

23       At the initial appearance

24   __X__   After continuance of __3__ days (not more than 3)

MOTION FOR DETENTION HEARING/
No. MJ09-336 - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  5.  Other matters.

2  DATED this 6th day of July, 2009.

Respectfully submitted,

JEFFREY C. SULLIVAN
United States Attorney

*/s/ Karyn S. Johnson*

KARYN S. JOHNSON
Assistant United States Attorney
WSBA #28857
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Phone No.: (206) 553-2462
Fax No.: (206) 553-4440
Email: karyn.s.johnson@.usdoj.gov

MOTION FOR DETENTION HEARING/
No. MJ09-336 - 3