

09-MJ-00336-ORD

FILED ENTERED
LODGED RECEIVED
JUL 10 2009
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

for the WESTERN DISTRICT OF WASHINGTON

at Seattle

UNITED STATES OF AMERICA,

Plaintiff,

Case No. MJ09-336

vs.

JAGMOHAN DHILLON,

Defendant,

WAIVER OF RULE 5(c)(3)(D) HEARING
and ORDER OF TRANSFER

## WAIVER OF RULE 5(c)(3)(D) HEARING

I, JAGMOHAN DHILLON, have appeared before a United States Magistrate Judge in the Western District of Washington, who has advised me of the provisions of Rule 20 and of my right to a further hearing pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure. I wish to waive my right to such further hearing, therefore:

a) I acknowledge that I am the person named in an indictment, information, or warrant pending in the U. S. District Court for the CENTRAL District of CALIFORNIA;

b) I waive my right to production of the warrant or of any other original papers relating to these charges or certified copies thereof;

c) If I am entitled to a preliminary examination, I elect to have it conducted in the district where the prosecution is pending; and,

d) I consent to the issuance of an order directing me to appear and answer in said district where the charges are pending.

DATED this 7th day of July, 2009.

_____    _____
Defense Counsel                                     Defendant

## ORDER OF TRANSFER

Based upon the foregoing Waiver, it is hereby ORDERED that the further proceedings in this case shall be conducted in the U. S. District Court for the **CENTRAL** District of **CALIFORNIA**. The Clerk of this Court shall forthwith transmit to the Clerk in said district the records of proceedings conducted in this district. Unless the defendant is released on bond, the U. S. Marshal is directed to transport defendant as promptly as possible to that district. If released on bond, the defendant is directed to appear in that district for further proceedings at the time and place specified on the bond, or as otherwise directed by court order.

DATED this 10 day of July, 2009

_____
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of filing to:

Karyn S. Johnson
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101

s/ Charlotte Ponikvar
Assistant Paralegal
Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Tel. (206) 553-1100
Fax (206) 553-0120
Charlotte_Ponikvar@fd.org