UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
Office of the Clerk
700 STEWART ST. LOBBY LEVEL
SEATTLE, WA 98101
(206) 370-8400

July 10, 2009

Clerk, US District Court
411 West Fourth Street, Room 1053
Santa Ana, CA 92701-4516

Re: **JAGMOHAN DHILLON**
   Your Case No: **SACR08-223**
   Our Case No: **MJ09-336**

Dear Clerk:

Pursuant to the order transferring the above captioned case to your court per RULE 5(c)(3)(D) , dated July 10, 2009 , please download the documents maintained electronically by the District Court through PACER for the Western District of Washington at **https://ecf.wawd.uscourts.gov/**.

Please acknowledge receipt on the enclosed copy of this letter and return it in the provided business reply envelope.

Sincerely,

BRUCE RIFKIN, District Court Executive


Judith A. Thomas,
Deputy Clerk