LODGED
RECEIVED
MAIL
OCT 05 2009
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
Office of the Clerk
700 STEWART ST. LOBBY LEVEL
SEATTLE, WA 98101
(206) 370-8400



FILED
CLERK U.S DISTRICT COURT
JUL 17 2009
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

July 10, 2009

Clerk, US District Court
411 West Fourth Street, Room 1053
Santa Ana, CA 92701-4516

Received 7/17/09

Re: **JAGMOHAN DHILLON**
    Your Case No: **SACR08-223**
    Our Case No: **MJ09-336**

Dear Clerk:

Pursuant to the order transferring the above captioned case to your court per RULE 5(c)(3)(D), dated July 10, 2009, please download the documents maintained electronically by the District Court through PACER for the Western District of Washington at **https://ecf.wawd.uscourts.gov/**.

Please acknowledge receipt on the enclosed copy of this letter and return it in the provided business reply envelope.

Sincerely,

BRUCE RIFKIN, District Court Executive

/s/

Judith A. Thomas,
Deputy Clerk



**09-MJ-00336-RCPT**